JACKSON SQUARE LAW OFFICES
# BUSTAMANTE, GILG, RAHN, JUDD, SCHULTZ & MEIER
A COMMUNITY OF SOLE PRACTITIONERS

JAMES A. BUSTAMANTE
ZENIA K. GILG
KRISTEN W. JUDD
LISA B. MEIER
ALEXANDRA RAHN
DANNY B. SCHULTZ

809 MONTGOMERY
2ND FLOOR
SAN FRANCISCO 94133
AREA CODE 415
TELEPHONE 394-3800
FAX: 394-3806

March 11, 2008

SUPPORT STAFF:
JENNY CORDERO
MARCIE DRESBAUGH

The Honorable Magistrate Judge Wayne D. Brazil
Via facsimile 510/637-3327 and e-filing

Re: Hakimian status memo
    07-70654 WDB

Dear Judge Brazil:

I am providing Your Honor with events that have affected our collective efforts to attempt to resolve this matter pre-indictment. We last appeared before the court on January 30, 2008. I had been involved in a single defendant case that I have been working on for three years. The defendant has been in custody and the matter finally came up for trial call and started on February 14, 2008. The matter was a case out of Riverside County and trial concluded on February 27, 2008. My first day back in my office was March 3, 2008. In addition, my partner Alexandra Rahn, who is an integral part of my defense practice, has been out of the office since February 21, 2008, to attend and take care of her mother in Florida during and subsequent to cancer surgery. She is expected to return next week on March 17, 2008.

I have been in contact with AUSA Stephen Corrigan on multiple occasions and am optimistic about having a constructive meeting regarding the disposition within the next two to three weeks. It is my understanding that he has been out of the office from March 3, 2008 until March 13, 2008. I provide the court with this chronology of events only to explain the obstacles present during the last 30 plus days.

My request, joined by all counsel including Steve Corrigan, is that the court allow us more time to resolve this matter given the circumstances outlined above.

Sincerely,

JAMES BUSTAMANTE
jc