WILLIAM L. OSTERHOUDT, ESQ. (SBN043021)
DOLORES T. OSTERHOUDT (SBN 215537)
LAW OFFICES OF WILLIAM OSTERHOUDT
135 Belvedere Street
San Francisco, CA 94117
Telephone: (415) 664-4600
Osterhoudt@aol.com

Attorneys for Defendant
MEHRDAD HAKIMIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MEHRDAD HAKIMIAN,<br><br>    Defendant.<br>_____ | CR. 07-70654 WDB<br><br>**NOTICE OF ADDITION OF COUNSEL** |

Defendant Hakimian hereby files this Notice of Addition of Counsel to advise the Court that William L. Osterhoudt (SBN 43021) has also been retained in this case. Accordingly, please have future correspondence and ECF notices sent to the address below. Attorney James Bustamante should remain on the list of persons to be noticed.

William L. Osterhoudt, Esq.
135 Belvedere Street.
San Francisco, CA 94117
(415) 664-4600 office
(415) 664-4691 fax
Osterhoudt@aol.com

/

//

---

*Notice of Addition of Counsel*
[No.CR 07-70654 WDB]

1

|   |   |
|---|---|
|   | Respectfully submitted, |

Dated: April 29, 2008

/s/ William L. Osterhoudt
WILLIAM L. OSTERHOUDT
Attorney for Defendant

*Notice of Addition of Counsel*
[No.CR 07-70654 WDB]

2